UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 4:05CR40012-FDS |
| ) | |
| ANTHONY PAUL RAYMOND, ) | Violation: 18 USC 401 |
| ) | |
| Defendant. ) | |
| ) | |

INDICTMENT

THE UNITED STATES GRAND JURY in and for the District of Massachusetts, sitting at Worcester, charges that:

COUNT ONE
(18 USC §401)

On or about March 30, 2005, in the District of Massachusetts, the defendant ANTHONY PAUL RAYMOND did unlawfully, knowingly, and intentionally disobey and resist a lawful order, rule, decree, and command of a Court of the United States of America, to wit: an order issued by United States District Judge F. Dennis Saylor compelling defendant to testify and to provide other information to the grand jury pursuant to Title 18, United States Code, Sections 6002-6003.

In violation of Title 18, United States Code, Section 401(3).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
FRED M. WYSHAK, JR.
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; April  7  , 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

1:24 P

§JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: __Worcester__   Category No. __II__   Investigating Agency __ATF/IRS/MSP__

City __Worcester__        Related Case Information:

County __Worcester__   Superseding Ind./ Inf.  __Indictment__   Case No. _____
                       Same Defendant _____   New Defendant __X__
                       Magistrate Judge Case Number _____
                       Search Warrant Case Number _____
                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ANTHONY PAUL RAYMOND__        Juvenile  [ ] Yes  [X] No

Alias Name _____

Address __31 School Street, Everett, MA__

Birth date (Year only): __1970__  SSN (last 4 #): __3386__  Sex __M__  Race: __C__  Nationality: _____

Defense Counsel if known: __Roger Witkin__        Address: __6 Beacon Street__
                                                           __Boston, MA 02108__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Fred Wyshak__        Bar Number if applicable _____

Interpreter:  [ ] Yes  [x] No        List language and/or dialect: _____

Matter to be SEALED:  [ ] Yes  [x] No

[ ] Warrant Requested        [ ] Regular Process        [ ] In Custody

**Location Status:**

Arrest Date: _____

[x] Already in Federal Custody as _____ in __Plymouth County__ .
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document:   [ ] Complaint    [ ] Information    [X] Indictment

Total # of Counts:   [ ] Petty _____  [ ] Misdemeanor _____  [X] Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

[ ]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4/7/15__        Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ANTHONY PAUL RAYMOND

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 401(3) | Contempt | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**