UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 4:05CR40012-FDS |
| | ) | |
| ANTHONY PAUL RAYMOND, | ) | Violation: 18 USC 401 |
| | ) | |
| Defendant. | ) | |
| | ) | |

I N D I C T M E N T

THE UNITED STATES GRAND JURY in and for the District of
Massachusetts, sitting at Worcester, charges that:

COUNT ONE
(18 USC §401)

On or about March 30, 2005, in the District of
Massachusetts, the defendant ANTHONY PAUL RAYMOND did unlawfully,
knowingly, and intentionally disobey and resist a lawful order,
rule, decree, and command of a Court of the United States of
America, to wit:  an order issued by United States District Judge
F. Dennis Saylor compelling defendant to testify and to provide
other information to the grand jury pursuant to Title 18, United
States Code, Sections 6002-6003.


In violation of Title 18, United States Code, Section
401(3).

**A TRUE BILL**

FOREPERSON OF THE GRAND JURY

FRED M. WYSHAK, JR.
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; April    7    , 2005.

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

1:24 P

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Worcester          **Category No.** II          **Investigating Agency** ATF/IRS/MSP

**City** Worcester          **Related Case Information:**

**County** Worcester

| | |
|---|---|
| Superseding Ind./ Inf. __Indictment__ | Case No. _____ |
| Same Defendant | New Defendant X |
| Magistrate Judge Case Number | _____ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name __ANTHONY PAUL RAYMOND__          Juvenile ☐ Yes ☒ No

Alias Name _____

Address __31 School Street, Everett, MA__

Birth date (Year only): __1970__ SSN (last 4 #): __3386__ Sex __M__ Race: __C__          Nationality: _____

**Defense Counsel if known:** __Roger Witkin__          **Address:** 6 Beacon Street

**Bar Number:** _____                                            Boston, MA 02108

**U.S. Attorney Information:**

**AUSA** __Fred Wyshak__          **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in __Plymouth County__ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/7/15          **Signature of AUSA:** _(signature)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ANTHONY PAUL RAYMOND _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 USC 401(3) | Contempt | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**