AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ANTHONY PAUL RAYMOND

## WARRANT FOR ARREST

CASE NUMBER: 4:05CR40012

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANTHONY PAUL RAYMOND
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
unlawfully, knowingly, and intentionally disobey and resist a lawful order, rule, decee, and command of a Court of the United States of America,

in violation of Title _____ United States Code, Section(s) 401(3)

Name of Issuing Officer: Deborah Scattuck
Title of Issuing Officer: Deputy Clerk
Signature of Issuing Officer: Deborah Scattuck
Date and Location: 4-7-05 Worcester, MA

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
USMS Worcester, MA.

| DATE RECEIVED 4-7-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4-14-05 | I. Jezierson, SDUSM | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.