UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) Crim. No. 05-40012-FDS
ANTHONY RAYMOND )
)

JOINT STATUS REPORT

Pursuant to L.R. 116.5, the parties state the following:

1. The timing requirements of L.R. 116.3 should apply to this case.

2. The defendant does not request discovery concerning expert witnesses under F.R.Cr.P 16(a)(1)(E).

3. The parties do not anticipate providing additional discovery.

4. A motion date should be established under F.R.Cr.P. 12(c).

5. The parties agree that the Court should issue an order excluding 28 days pursuant to L.R. 112.2, and excluding an additional period of 28 days to allow for the filing of pre-trial motions.

6. The defendant does not anticipate a trial. If a trial were to occur, it would last no more than two days.

7. The parties suggest that a final status conference be scheduled for late June.

8. Per the Court's April 14, 2005 Order, the parties agree that there is no need for an initial status conference.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

By: _____
     FRED M. WYSHAK, JR.
     Assistant U.S. Attorney

_____
ROGER WITKIN, ESQ.
Counsel for defendant
Raymond