## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                             )
UNITED STATES OF AMERICA,    )
                             )
                             )
         v.                  )      CRIMINAL ACTION
                             )      NO. 05-40012-FDS
ANTHONY RAYMOND,             )
         Defendant,          )
_____)
```

### INITIAL STATUS REPORT
### May 25, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. Pretrial Motions

Counsel for the parties have requested that a schedule be established for the filing of pretrial motions. I have granted that request. All such motions shall be filed by June 7, 2005 and the Government shall file its opposition to such motions by June 28, 2005.

2. Further Status Conference

A further status conference shall be held in this case on June 30, 2005, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.    <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 28, 2005 (date of expiration of prior order of excludable time) through June 28, 2005 (date by which the Government shall file its opposition to Mr. Raymond's pretrial motions).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, September 8, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE