# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ─────────────────────────── ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 05-40012-FDS** |
| ANTHONY RAYMOND, ) | |
| Defendant, ) | |
| ─────────────────────────── ) | |

## ORDER OF EXCLUDABLE TIME
### May 25, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 28, 2005 (date of expiration of prior order of excludable time) through June 28, 2005 (date by which the Government shall file its opposition to Mr. Raymond's pretrial motions) shall be excluded from the Speedy Trial Act.


/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE