**ROGER WITKIN**

ATTORNEY AT LAW
6 BEACON STREET
BOSTON, MASSACHUSETTS 02108

TEL (617) 523-0027
FAX (617) 523-2024

May 27, 2005

AUSA Fred M. Wyshak, Jr.
United States Attorney's Office
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

RE: **UNITED STATES V ANTHONY RAYMOND**
 **CRIMINAL NO. 05-40012**

Dear Mr. Wyshak:

The defendant has no reciprocal discovery as mandated by Local Rule 116.1 (D) and Fed. R. Crim. P. 16 (b) (1) (A) and (B). The defendant recognizes his duty of disclosure and discovery is a continuing one pursuant to both rules.

Please telephone me if you have any questions about the above information or if you would like to discuss this case further.

Very truly yours,

**ROGER WITKIN**

/slw

c.c. client
 Lisa Roland, Courtroom Clerk for Honorable Charles B. Swartwood, III, Donohue Federal Bldg & Courthouse, 595 Main Street, Worcester, MA 01608

f32