```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL ACTION |
| | ) NO. 05-40012-FDS |
| ANTHONY RAYMOND, | ) |
|       Defendant, | ) |

**STATUS REPORT**
**July 1, 2005**

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Counsel for Mr. Raymond has requested additional time for him to complete his review of discovery produced by the Government and an independent investigation of the facts involved in this case. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on August 29, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 28, 2005 (date of

expiration of prior order of excludable time) through August 29, 2005 (date by which discovery will be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, November 7, 2005</u>.

                                                <u>/s/Charles B. Swartwood, III</u>
                                                CHARLES B. SWARTWOOD, III
                                                CHIEF MAGISTRATE JUDGE