UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) Crim. No. 05-40012-FDS
ANTHONY RAYMOND )
)

ASSENTED TO MOTION FOR ADDITIONAL TIME

The defendant has filed a motion to dismiss the indictment, a copy of which was served on the U.S. Attorney's Office by mail and received on or about August 3, 2005. The undersigned attorney is responsible for responding to this motion and has scheduled annual leave commencing August 5, 2005 and ending August 22, 2005.

Therefore, the undersigned attorney requests additional time until September 1, 2005 to respond to the defendant's motion. The defendant assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Fred M. Wyshak
FRED M. WYSHAK, JR.
Assistant U.S. Attorney


CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document to Roger Witkin, Esq. by depositing a copy in the United States mail in an envelope bearing sufficient postage

for delivery to Roger Witkin, Esq., 6 Beacon Street Suite 1010, Boston, MA 02108.

This 4th day of August 2005.

_____
Fred M. Wyshak, Jr.
Assistant U.S. Attorney