# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>            v.                           )<br>)<br>ANTHONY RAYMOND,          )<br>      Defendant,           )  | CRIMINAL ACTION<br>NO. 05-40012-FDS |

### FINAL STATUS REPORT
### August 29, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1. <u>Substantive Motion</u>

Counsel for Mr. Raymond has filed a Motion To Dismiss the Indictment and the Government shall file its opposition to that motion by September 1, 2005.  Therefore, this case is being returned to Judge Saylor for disposition of Mr. Raymond's Motion To Dismiss.

2. <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from August 29, 2005 (date of expiration of prior order of excludable time) and September 1, 2005 (date by which the Government is required to file its opposition to Mr. Raymond's

Motion To Dismiss).  I have excluded from the Speedy Trial Act the entire period from date of arraignment through September 1, 2005.  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, November 10, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE
