UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
        v.                          )    **CRIMINAL ACTION**
                                    )    **NO. 05-40012-FDS**
ANTHONY RAYMOND,                    )
        Defendant,                  )
_____ )


**ORDER OF EXCLUDABLE TIME**
**August 29, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 29, 2005 (date of expiration of prior order of excludable time) and September 1, 2005 (date by which the Government is required to file its opposition to Mr. Raymond's Motion To Dismiss) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE