**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

|  |  |  |
|---|---|---|
| **UNITED STATES of AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No.** |
| | ) | **05-40012-FDS** |
| **ANTHONY PAUL RAYMOND,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____)

**ORDER OF EXCLUDABLE TIME**

**SAYLOR, J.**

At the Status Conference on October 28, 2005, the United States moved to exclude the time between that day and the scheduled date of trial.  Counsel for the defendant assented to the exclusion.

Because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from October 28, 2005, through November 21, 2005, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor_____
F. Dennis Saylor IV
United States District Judge

Dated:  October 31, 2005